Squaw Island Freight Terminal Company, Inc., Appellant and Respondent, *v.* City of Buffalo, Respondent and Appellant.

Argued October 17, 1939; decided November 14, 1939.

*James A. Deckop* and *Adrian Block* for plaintiff, appellant and respondent.

*David Diamond, Corporation Counsel (Frank C. Westphal* of counsel), for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.